**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MERINO, | No.  2:22-CV-1132-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 13, for an extension of time to file a first amended complaint.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent and temporary separation from his legal property incident to placement in administrative segregation, Plaintiff's motion is granted.  Plaintiff shall file a first amended complaint within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  March 10, 2023

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1