1
2
3
4
5
6
7
8                    **IN THE UNITED STATES DISTRICT COURT**
9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11   FRANCISCO MERINO,                         No.  2:22-CV-1132-DAD-DMC-P
12                    Plaintiff,
13        v.                                   <u>ORDER</u>
14   ARYA, et al.,
15                    Defendants.
16
17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF No. 46 & 47, for an

19   extension of time to file a third amended complaint.  Good cause appearing therefor, Plaintiff's

20   motions will be granted.

21          Accordingly, IT IS HEREBY ORDERED as follows:

22          1.      Plaintiff's motions for an extension of time, ECF 46 & 47, are granted.

23          2.      Plaintiff shall file a third amended complaint within 30 days of the date

24   of this order.

25

26   Dated:  September 30, 2025

27                                             _____
                                               DENNIS M. COTA
28                                             UNITED STATES MAGISTRATE JUDGE

                                                1