IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>    Plaintiff,<br><br>  v.<br><br>ARYA, et al.,<br><br>    Defendants. | No. 2:22-CV-1132-DAD-DMC-P<br><br>ORDER |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 50, for an extension of time to file a third amended complaint. Good cause appearing therefor, Plaintiff's motion will be granted and Plaintiff's third amended complaint, filed on October 20, 2025, will be deemed timely.

///
///
///
///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 50, is granted.

2. Plaintiff's third amended complaint, ECF No. 51, filed on October 20, 2025, is deemed timely.

3. Defendants shall file a response to Plaintiff's third amended complaint within 30 days of the date of this order.

Dated: October 22, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE