**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCISCO MERINO,<br><br>       Plaintiff,<br><br>    v.<br><br>ARYA, et al.,<br><br>       Defendants. | No.  2:22-CV-1132-DAD-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 55, for an extension of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for more time to conduct legal research during limited law library access times, Plaintiff's motion will be granted.

       Accordingly, IT IS HEREBY ORDERED as follows:

       1.    Plaintiff's motion for an extension of time, ECF No. 55, is GRANTED.

       2.    Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

Dated:  December 18, 2025

_____

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1