IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO MERINO,

      Plaintiff,

    v.

ARYA, et al.,

      Defendants.

No.  2:22-CV-1132-DAD-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions, ECF Nos. 57 and 58, for an extension of time to file an opposition to Defendants' motion to dismiss.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for more time to conduct legal research during limited law library access times, Plaintiff's motions will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's motions for an extension of time, ECF Nos. 57 and 58, are GRANTED.

2.      Plaintiff's opposition to Defendants' motion to dismiss is due within 30 days of the date of this order.

Dated:  January 27, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE