**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

FRANCISCO MERINO,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants.

No. 2:22-CV-1132-DAD-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for clarification. See ECF Nos. 60 and 62.

In his motion at ECF No. 60, Plaintiff seeks clarification as to receipt of his third amended complaint, which Plaintiff states he mailed to the Sacramento County Superior Court. See ECF No. 60. Plaintiff's motion will be granted insofar as Plaintiff is informed that Plaintiff's third amended complaint was filed on the docket in this action on October 20, 2025. See ECF No. 51. The fifth amended complaint is the subject of Defendants' pending motion to dismiss.

/ / /

/ / /

/ / /

In his motion at ECF No. 62, Plaintiff seeks clarification as to receipt of his opposition to Defendants' motion to dismiss, which Plaintiff also states he mailed to the Sacramento County Superior Court. See ECF No. 62. Plaintiff's motion will granted insofar as Plaintiff is informed that his opposition to the pending motion to dismiss and not been filed on this Court's docket. Nor has any opposition brief been received by defense counsel. See ECF No. 61 (Defendants' notice of no opposition filed).

On the Court's own motion, Plaintiff will be granted one final extension of time to serve his opposition brief on defense counsel and to file his opposition brief with this Court.

Accordingly, IT IS HEREBY ORDERED as follow:

1. Plaintiff's motions for clarification, ECF Nos. 60 and 62, are granted as explained above.

2. Plaintiff is granted a final extension of time to serve and file his opposition to Defendants' motion to dismiss.

3. Plaintiff's opposition shall be served and filed within 30 days of the date of this order.

Dated: August 24, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE